```
              UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                   FORT SMITH DIVISION
```

HARRY MCKAY                                              PLAINTIFF

    v.        CASE NO. 12-2115

THE UNITED STATES DEPARTMENT
OF ENERGY and DR. STEVEN CHU,
the United States Secretary of
Energy, in his Official Capacity                         DEFENDANTS

**O R D E R**

    Now on this 25th day of September 2013, comes on for consideration the above-styled cause.  This matter is currently scheduled for a non-jury trial during the week of October 7, 2013.  The Court notes the parties have not had the opportunity to participate in a mediation before a United States Magistrate Judge and believes such would be helpful.  Accordingly, this matter is removed from the October 7, 2013, trial docket and reset for a non-jury trial during the week of December 9, 2013.  The Honorable James R. Marschewski will schedule a settlement conference by separate order.

    IT IS SO ORDERED this 25th day of September 2013.

    /s/ Robert T. Dawson
    Honorable Robert T. Dawson
    United States District Judge