IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

HARRY MCKAY                                                              PLAINTIFF

    v.              Case No. 2:12-CV-2115

THE UNITED STATES DEPARTMENT OF ENERGY, AND
DR. ERNEST MONIZ, *The United States Secretary
of Energy, in his official capacity*                                     DEFENDANTS

## JUDGMENT

On the 14th day of January, 2014, this matter came on for a bench trial before the Honorable Robert T. Dawson. At the completion of the two-day trial, the case was submitted to the Court. For reasons set forth in the Memorandum Opinion and Order, filed contemporaneously herewith, **IT IS ORDERED AND ADJUDGED** that Plaintiff takes nothing on his Amended Complaint (Doc. 8) and the matter is **DISMISSED WITH PREJUDICE.** The parties are to bear their own fees and costs. The parties have sixty days from entry of this judgment on the docket in which to appeal.

IT IS SO ORDERED this 8th day of July 2014.

                                      /s/ Robert T. Dawson
                                      Honorable Robert T. Dawson
                                      United States District Judge